| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bohm, Jeffrey E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>05/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

6202 Bob Casey Fed Courthouse
515 Rusk Street
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust Account #2 |
| 2. Trustee | Trust Account #3 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014/2015 | Bloomburg, L.P. ageeement to assist in writing bankruptcy treatise project. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Bloomburg, L.P. - bankruptcy treatise project | $1,847.85 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Employees Retirement System of Texas - Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southern District Of Texas | October 16, 2015 | McAllen, TX | Non-FJC educational seminar or program | airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Southwest Airlines VISA | Credit Card | K |
| 2. | Northwestern Whole Life Insurance Policy | Whole Life Insurance Policy Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. University Federal Credit Union accounts | A | Interest | L | T | | | | | |
| 2. Texas Health Credit Union accounts | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank, N.A. accounts | A | Interest | K | T | | | | | |
| 4. Bank of America, N.A. account | A | Interest | J | T | | | | | |
| 5. JP Morgan Chase Bank, N.A. accounts | A | Interest | | | Closed | 02/23/15 | J | | |
| 6. Duke Energy Corp. common (DRIP Shares) | A | Dividend | J | T | | | | | |
| 7. Glaxosmithkline PLC com (DRIP Shares) | A | Dividend | J | T | | | | | |
| 8. Whole Foods Mkt Inc. common (see part VIII) | A | Dividend | J | T | | | | | |
| 9. T Rowe Price Growth Stock Fund | E | Dividend | N | T | | | | | |
| 10. Dreyfus Liquid Assets Class 1 | | None | J | T | | | | | |
| 11. IRA # 1 (UFCU-JB) (H) | | | | | | | | | |
| 12. - University Federal Credit Union | A | Interest | J | T | | | | | |
| 13. IRA # 2 (UFCU-MEP) (H) | | | | | | | | | |
| 14. - University Federal Credit Union | A | Interest | J | T | | | | | |
| 15. IRA # 3 (2810 MEP ML) (fka 3382))(H) | | | | | | | | | |
| 16. - Cash & Money Mkt Funds (fka N Eng Sec Dly Inc MMkt Rtl) | A | Interest | J | T | | | | | |
| 17. - PIMCO Commodity Real Return Strategy Fund Cl D | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Templeton Global Bond Fund Class A | A | Dividend | J | T | | | | | |
| 19. - Davis New York Venture Class A | B | Dividend | J | T | | | | | |
| 20. - American Funds: The Growth Fund of America Class F-1 | A | Dividend | J | T | | | | | |
| 21. - Eagle Sm Cap Grwth Fd Cl A | A | Dividend | J | T | | | | | |
| 22. - Alger Midcap Growth Fund Class A | | None | J | T | | | | | |
| 23. - American Funds: Europacific Growth Fd Class F-1 | A | Dividend | J | T | | | | | |
| 24. - T Rowe Price Emerging Markets Stock (Fd) | A | Dividend | J | T | | | | | |
| 25. - Gabelli Ent Mgr & Acq Fd Cl A | | None | J | T | | | | | |
| 26. - Columbia Sel Smlr-CapVal Fd Cl A | A | Dividend | J | T | | | | | |
| 27. - Mainstay ICAP Equity Fund Cl A | B | Dividend | J | T | | | | | |
| 28. - Invesco Intl Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 29. - Fidelity Advisor New Insights Fd Cl I | A | Dividend | J | T | | | | | |
| 30. - Ivy High Income Fd Cl A | A | Dividend | J | T | | | | | |
| 31. - Gateway Fd Cl A | A | Dividend | J | T | | | | | |
| 32. - MFS Mid Cap Value Fund Class I | A | Dividend | J | T | | | | | |
| 33. - Principal Global Real Estate SEC | A | Dividend | J | T | | | | | |
| 34. IRA # 6 (JB-AM) (021) (see part VIII) (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Ameriprise Insured Money Market | A | Interest | J | T | Buy (add'l) | 02/24/15 | J | | |
| 36.   - Invesco Real Estate Cl A (fka AIM Invesco Real Est Cl A) | B | Dividend | J | T | Sold (part) | 02/03/15 | J | B | |
| 37.   - Oppenheimer Funds:Opp Mid Cap Value - A (fka Small & MidCap Val A) | A | Dividend | J | T | | | | | |
| 38.   - Invesco Val Opps Cl A fka Aim Invesco Val Opps Cl A) | B | Dividend | J | T | | | | | |
| 39.   - MFS Family of Funds:MFS Utilities - Cl A | B | Dividend | J | T | | | | | |
| 40.   - IShares Transportation Average ETF | A | Dividend | J | T | Buy (add'l) | 01/14/15 | J | | |
| 41.   - IShares U S Consumer Services ETF | A | Dividend | K | T | | | | | |
| 42.   - Ishares U S Healthcare ETF | A | Dividend | J | T | Buy | 03/03/15 | J | | |
| 43.   - Ishares U S Pharmaceuticals ETF | A | Dividend | J | T | Buy | 03/03/15 | J | | |
| 44.   - Ferrellgas Partners, L.P. | | None | | | Buy | 02/11/15 | J | | |
| 45. | | | | | Sold | 03/03/15 | J | A | |
| 46.   IRA # 7 (MEP-AM) (004) (H) | | | | | | | | | |
| 47.   - RVS Retirement Advisor Advantg 4 Var Ann | | None | L | T | Buy (add'l) | 02/24/15 | J | | |
| 48.   457 Deferred Compensation Plan at State of Texas | A | Dividend | K | T | | | | | |
| 49.   401K at State of Texas | D | Dividend | O | T | | | | | |
| 50.   RiverSource Variable Univ Life Insurance Policy (JB) | | None | L | T | | | | | |
| 51.   Northwestern Whole Life Insurance Policy | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Whirlpool Corp. common | A | Dividend | J | T | | | | | |
| 53. IRA # 8 (MEP-FM-Rth-DM) (731) (H) | | | | | | | | | |
| 54. - Fidelity Large Cap Stock Fund | B | Dividend | K | T | | | | | |
| 55. - Fidelity Select Biotechnology Fund | B | Dividend | K | T | | | | | |
| 56. - Fidelity US Gov't Reserves | A | Dividend | J | T | | | | | |
| 57. IRA # 9 (MEP-FM-DM) (723) (H) | | | | | | | | | |
| 58. - Fidelity Cash Reserves | | None | J | T | | | | | |
| 59. Pfizer Inc common | A | Dividend | J | T | | | | | |
| 60. IRA # 12 (3591 JB ML) (fka 1763) (H) (see part VIII) | | | | | | | | | |
| 61. - Invesco Developing Mkts Fd Cl A | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 62. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 63. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 64. - Invesco Intl Growth Fd Cl A | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 65. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 66. - Blackrock Equity Dividend Fund Cl A | B | Dividend | | | Sold (part) | 01/05/15 | J | A | |
| 67. | | | | | Sold | 08/24/15 | M | E | |
| 68. - Prudential High Yld Fd Cl A | B | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 70. | | | | | Sold (part) | 08/24/15 | J | | |
| 71. - Gabelli Enterprise Mergers & Acq Fund Cl A | | None | K | T | Buy (add'l) | 01/05/15 | J | | |
| 72. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 73. - Fidelity Advisor New Insights Fund Cl I | D | Dividend | M | T | Sold (part) | 01/05/15 | J | A | |
| 74. - Templeton Hard Currency Fund Cl A (fka Frnkln Tmpltn Hrd Curr) | | None | J | T | Buy (add'l) | 01/05/15 | J | | |
| 75. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 76. - VOYA Global Real Estate Fund Cl A | A | Dividend | K | T | Sold (part) | 01/05/15 | J | A | |
| 77. | | | | | Sold (part) | 08/24/15 | J | A | |
| 78. - PIMCO Commodity Real Return Strategy Fund Cl D | A | Dividend | | | Sold | 08/24/15 | J | | |
| 79. - PIMCO Total Return Fund Cl D | B | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 80. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 81. | | | | | Sold (part) | 08/24/15 | K | | |
| 82. - Templeton Global Bond Fund Cl A | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 83. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 84. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 85. - Invesco Sm Cap Val Fd Cl A | B | Dividend | K | T | Sold (part) | 01/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Invesco Sm Cap Discovery Fd Cl A (fka Invesco Van Kampen)) | C | Dividend | K | T | | | | | |
| 87. - Doubleline Total Return Bd Fd Cl 1 | B | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 88. | | | | | Sold (part) | 08/24/15 | K | | |
| 89. - MFS Emerging Markets Debt Fd Cl A | B | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 90. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 91. | | | | | Sold (part) | 08/24/15 | J | | |
| 92. - Bank Deposit Sweep Program (fka Dreyfus Ins Dep Prmr) | A | Interest | L | T | | | | | |
| 93. - Gateway Fund Cl A | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 94. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 95. - Meridian Growth Fund Legacy | B | Dividend | K | T | | | | | |
| 96. - Columbia Mid Cap Value Fd Cl A | C | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 97. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 98. - MFS International Value Fd Cl 1 | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 99. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 100. - Nuveen Large Cap Value Fd Cl 1 | D | Dividend | M | T | Buy (add'l) | 01/15/15 | J | | |
| 101. | | | | | Buy (add'l) | 08/24/15 | M | | |
| 102. - Van Eck Global Hard Assets Fd Cl A | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 104. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 105. - Alger Spectra Fund Cl I | C | Dividend | K | T | Buy | 08/24/15 | K | | |
| 106. Inventrust Properties Corp (fka Inland American REIT) (see part VIII) | A | Dividend | J | T | | | | | |
| 107. Powell Mineral Trust - (see part VIII) | | None | K | W | | | | | |
| 108. IRA #13 (JB - CB) (H) | | | | | | | | | |
| 109. - Community Natl Bank account | A | Interest | J | T | | | | | |
| 110. - CNL Lifestype Prop Inc: Chambers St Prop (REIT) | A | Dividend | J | T | | | | | |
| 111. - FS Energy & Power Fund | B | Dividend | J | T | | | | | |
| 112. Trust Acct # 2 - Trustee (H) | | | | | | | | | |
| 113. - Trust #2 Brokerage Acct #1(MSSB 2060) (H) | | | | | | | | | |
| 114. - - MSSB Cash Deposits - MMkt Funds | A | Interest | J | T | Distributed (part) | 12/03/15 | J | | |
| 115. Trust Acct #3 - Trustee & Beneficiary (H) | | | | | | | | | |
| 116. - JPMorgan Chase Bank, N.A. Accounts | A | Interest | J | T | Distributed (part) | 11/23/15 | J | | |
| 117. | | | | | Distributed (part) | 11/23/15 | J | | |
| 118. | | | | | Distributed (part) | 11/23/15 | J | | |
| 119. - Jackson Natl Life Ins Co Inc:Pers L - IRA Annuity #3 | E | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Pacific Life IRA Annuity: Pacific Innov Sel - IRA Annty | D | Int./Div. | M | T | | | | | |
| 121.  T Rowe Price Intl Growth & Income Fd | A | Dividend | J | T | | | | | |
| 122.  Brokerage Account #1 (NT MEP) (H) | | | | | | | | | |
| 123.  - MFB Northern Fds Money Mkt Fd | A | Dividend | K | T | | | | | |
| 124.  - MFB Northern Fds Stk Index Fd | C | Dividend | M | T | Sold (part) | 2/20/15 | J | B | |
| 125. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 126. | | | | | Sold (part) | 07/20/15 | J | A | |
| 127. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 128.  - MFB Northern Fds Small Cap Index Fd | A | Dividend | J | T | Buy (add'l) | 02/20/15 | J | | |
| 129. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 130. | | | | | Sold (part) | 07/20/15 | J | A | |
| 131. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 132.  - MFB Northern Intl Equity Index Fd | C | Dividend | M | T | Buy (add'l) | 02/20/15 | J | | |
| 133. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 134. | | | | | Sold (part) | 07/20/15 | J | A | |
| 135. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 136. | | | | | Buy (add'l) | 10/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - MFB Northern Fds Emerging Mkts Equity Index Fd | A | Dividend | K | T | Sold (part) | 02/20/15 | J | A | |
| 138. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 139. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 140. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 141. - MFB Northern High Yield Fixed Income Fd | C | Dividend | L | T | Buy (add'l) | 02/20/15 | J | | |
| 142. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 143. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 144. | | | | | Sold (part) | 09/16/15 | J | | |
| 145. | | | | | Buy (add'l) | 10/21/15 | K | | |
| 146. - MFB Northern Fds Global Real Estate Index Fd | A | Dividend | K | T | Sold (part) | 02/20/15 | J | A | |
| 147. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 148. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 149. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 150. | | | | | Sold (part) | 10/21/15 | J | B | |
| 151. - MFB Northern Fds Bd Index Fd | B | Dividend | K | T | Buy (add'l) | 02/20/15 | J | | |
| 152. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 153. | | | | | Buy (add'l) | 07/20/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/16/15 | K | | |
| 155. | | | | | Sold (part) | 10/21/15 | K | | |
| 156. - MFB Northern Mid Cap Index Fd | B | Dividend | K | T | Buy (add'l) | 03/16/15 | J | | |
| 157. | | | | | Sold (part) | 07/20/15 | J | A | |
| 158. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 159. - MFC Flexshs Tr Morningstar Glbl Upstream Natl Res Indx Fd | A | Dividend | K | T | Buy (add'l) | 02/24/15 | J | | |
| 160. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 161. | | | | | Sold (part) | 07/20/15 | J | | |
| 162. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 163. - MFC Flexshares Tr Iboxx 3 Yr Target Duration Tips Indx Fd | A | Dividend | J | T | Buy (add'l) | 02/25/15 | J | | |
| 164. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 165. | | | | | Sold (part) | 09/16/15 | J | | |
| 166. - MFB Northern Fds Ultra Short Fixed Income Fd | | None | J | T | | | | | |
| 167. - MFC Flexshares Tr STOXX Global Broad Infrastructure Index Fd | A | Dividend | K | T | Sold (part) | 02/20/15 | J | A | |
| 168. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 169. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 170. | | | | | Buy (add'l) | 10/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wayne State Univ Retirement Savings | | None | K | T | | | | | |
| 172. Brokerage Account #3 (JB MS 5060) (H) | | | | | | | | | |
| 173. - Cash Deposits & Money Mkt Accts | A | Interest | J | T | | | | | |
| 174. - American High Income Trust F2 | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 175. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 176. - Artisan MidCap Value Adv (fka Artisan MidCap Value Inv) | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 177. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 178. - Cambiar Small Cap Inv | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 179. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 180. - Harding Loevner Intl Eqty Inst Inv | A | Dividend | K | T | Buy (add'l) | 04/17/15 | J | | |
| 181. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 182. - Ivy Mid Cap Growth I | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 183. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 184. - Lazard Emerging Mkts Eq I | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 185. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 186. - Harris Assoc Inv Tr: Oakmark Fund Cl I | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 187. | | | | | Buy (add'l) | 08/14/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Pimco Foreign Bd (Unhedged) P | A | Dividend | J | T | Sold (part) | 04/17/15 | J | | |
| 189. - Prudential Jennison Growth Z | A | Dividend | K | T | Sold (part) | 04/17/15 | J | A | |
| 190. | | | | | Sold (part) | 08/17/15 | J | A | |
| 191. - Baron Growth Institutional | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 192. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 193. - Blackrock Low Dur Bd Inst Inv | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 194. | | | | | Sold (part) | 08/14/15 | J | | |
| 195. | | | | | Sold (part) | 10/08/15 | J | | |
| 196. - Lazard Develop Mkts Eq Inv | A | Dividend | J | | Buy (add'l) | 04/17/15 | J | | |
| 197. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 198. - PIMCO Total Return P | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 199. | | | | | Sold (part) | 08/14/15 | J | | |
| 200. - Blackrock Inflat Prot Bond I | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 201. | | | | | Sold (part) | 08/14/15 | J | | |
| 202. - Dreyfus Intl Bond | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 203. - Transamerica Life - B Shares Annuity | | None | L | T | Buy | 01/13/15 | L | | |
| 204. Lucie Rie Pottery (see part VIII) | | None | J | W | Sold (part) | 09/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Brokerage Acct #4 (JB AM 6704) (H) | | | | | | | | | |
| 206.  - Ameriprise Insured Money Market | A | Interest | J | T | Buy (add'l) | 02/24/15 | J | | |
| 207.  - T Rowe Proce Capital Appreciation Advisor Cl | B | Dividend | K | T | | | | | |
| 208.  - IShares Transportation Avg ETF | A | Dividend | K | T | Buy (add'l) | 03/03/15 | J | | |
| 209.  - IShares U S Consumer Services ETF | A | Dividend | K | T | Buy (add'l) | 01/14/15 | J | | |
| 210.  - IShares U S Medical Devices ETF | A | Dividend | J | T | | | | | |
| 211.  - IShares U S Pharmaceuticals ETF | A | Dividend | K | T | | | | | |
| 212.  - SPDR Dow Jones Industrial Average ETF | A | Dividend | K | T | | | | | |
| 213.  - Sector Consumer Staples Select Sector SPDR ETF | A | Dividend | K | T | | | | | |
| 214.  Brokerage Acct #5 (Jt ML 3077) (H) | | | | | | | | | |
| 215.  - Bank Deposit Sweep Program | | None | J | T | Open | 01/08/15 | J | | |
| 216.  - Whole Food Markets Inc common (see part VIII) | A | Dividend | J | T | | | | | |
| 217.  Xenia Hotels & Resorts Inc | A | Dividend | J | T | Spinoff (from line 106) | 02/03/15 | J | | |
| 218. | | | | | Sold (part) | 02/04/15 | J | | |
| 219.  Note Receivable - Kohavi (see part VIII) | B | Interest | L | U | Open | 06/15/15 | L | | |
| 220.  First National Bank Scotia accounts (see part VIII) | A | Interest | L | T | Open | 01/21/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part VII, page 4, line 8 and page 16, line 216: Whole Food Markets Inc common stock (400 sh) were held in certificate form.  On January 22, 2015, 200 shares of Whole Food Markets Inc were deposited into new brokeage account #5.

(2) Part VII, page 5, line 34: IRA #4 and IRA #5 were closed in 2009.  Thus, in this report, IRA #6 follows IRA #3.

(3) Part VII, page 7, line 60: IRA #10 was closed in 2011 and IRA #11 was closed in 2014.   Thus, in this report,  IRA #12 follows IRA #9.

(4) Part VII, pages 10 and 16, lines 106 and 217:  Inland American Real Estate Trust (now Inventrust Properties Corp) spunoff Xenia Hotels and Resorts Inc. on February 3, 2015.

(5) Part VII, page 10, line 107:　　　　　beneficiary of the Powell Mineral Trust, a trust created by members of　　family to hold oil and gas mineral interests.  The trust still owns additional oil and gas and coal deposit mineral interests in Waynesburg, PA.  The trust had no income in 2015.

(6)  Part VII, page 15, line 204:  Trust #3 distributed Lucie Rie pottery, a family heirloom, to me in 2011. The pottery I sold in 2015 is listed on this report.

(7) Part VII, page 16, line 219:　　　　　made a loan to one of our nieces and her husband to help them purchase a residence.

(8) Part VII, page 16, line 220:  These accounts belong to my sister.  They are listed on this report only because I have signature authority on my sister's accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jeffrey E. Bohm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544